*Greenleaf v. Puget Sound Bridge Co.*, 58 W.2d 647, 364 P.2d 796.) If the law provides that one may not delegate a duty imposed, *a fortiori*, he may not simply divest himself of it. While Northern assumes control with one hand, it seeks to throw away responsibility with the other. Understandably, Northern wants the best of both possible worlds in construction work. Stated simply, it cannot have them.

For these reasons we conclude that it was for a jury to determine whether Northern retained such control over the work that it was required to supervise and that its failure to supervise in any of the ways ascribed in the complaint was a proximate cause of the injury to the plaintiff. The judgment of the circuit court granting summary judgment on behalf of the defendant, Northern Illinois Gas Company, is reversed and the cause is remanded for further proceedings not inconsistent with this opinion.

We further hold the record shows no evidence of liability on the part of the defendant, City of Evanston. The judgment of the circuit court granting summary judgment on behalf of the defendant, City of Evanston, is affirmed.

Judgment affirmed in part, reversed in part and remanded with directions.

BURKE, P. J., and GOLDBERG, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PAUL ROEBUCK, Defendant-Appellant.

(No. 57276;

First District (1st Division)—March 5, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

George P. Sullivan and William H. Theis, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARVIN R. MATHIS, a/k/a MAURICE R. MATHIS, Defendant-Appellant.

(No. 55158;

First District (5th Division)—March 9, 1973.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (James N. Gramenos, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Richard Pezzopane, Assistant State's Attorneys, of counsel,) for the People.